UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Worcester Division

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; ABKCO MUSIC, INC.; HOUSE OF CASH, INC.; ALLEY MUSIC CORP.; T/Q MUSIC, INC. d/b/a TRIO MUSIC COMPANY; SCREEN GEMS-EMI MUSIC, INC.; PEER INTERNATIONAL CORPORATION; and GENE CLARK MUSIC, <br><br>  Plaintiffs, <br><br> v. <br><br> THE WHEELOCK INN, LLC d/b/a WHEELOCK INN, and <br> STEVEN M. NEVALSKY, individually, <br><br>  Defendants. | CIVIL ACTION NO.: 12cv40147-TSH |

## MOTION FOR DEFAULT JUDGMENT

On January 22, 2013, the Court ordered that defendants be defaulted for failure to appear and answer the Verified Complaint in this action.

Accordingly, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, plaintiffs Broadcast Music, Inc. ("BMI") et al hereby move for a default judgment against both defendants, The Wheelock Inn, LLC and Steven M. Nevalsky, jointly and severally.

Specifically, plaintiffs demand judgment against defendants as follows:

(1)   That defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the

copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2)     That defendants be ordered to pay statutory damages in the amount of $2,500 per work infringed, for a total damage award of $20,000; and

(3)     That defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505, totaling $4,082.72.

This motion and the above-requested damage award are based upon the Verified Complaint, the Affidavits of Lawrence E. Stevens, Renee S. Wolfe, and William S. Strong submitted herewith, and the Memorandum also submitted herewith. A proposed Default Judgment is attached hereto.

                                                     Respectfully submitted,

Dated: February 21, 2013              BROADCAST MUSIC, INC. et al,
                                                     Plaintiffs,

                                                     By their attorneys,

/s/ William S. Strong
William S. Strong, Esq. BBO #483520
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
Tel: 617-227-7031
Fax: 617-367-2988
wstrong@kcslegal.com