UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADCAST MUSIC, INC., <br> SONGS OF UNIVERSAL INC., ABKO MUSIC, INC., <br> HOUSE OF CASH, INC., ALLEY MUSIC CORP., <br> T/Q MUSIC, INC. d/b/a TRIO MUSIC COMPANY, <br> SCREEN GEMS-EMI MUSIC, INC., <br> PEER INTERNATIONAL CORPORATION, and <br> GENE CLARK MUSIC, <br> Plaintiffs, <br><br> v. <br><br> THE WHEELOCK INN, LLC d/b/a WHEELOCK INN, <br> and STEVEN M. NEVALSKY, <br> Defendants. | Civ. Act. No. 12-40147-TSH |

**DEFAULT JUDGMENT**
September 12, 2013

**HILLMAN, D.J.**

Defendants, The Wheelock Inn, LLC and Steven M. Nevalsky have been defaulted. Now upon application of the Plaintiffs, Broadcast Music Inc. ("BMI"), Songs of Universal Inc., Abko Music, Inc., House of Cash, Inc., Alley Music Corp., T/Q Music, Inc. d/b/a Trio Music Company, Screen Gems-EMI Music, Inc., Peer International Corporation, and Gene Clark Music, the Court has determined that Default Judgment should enter against the Defendants. *See* this Court's *Memorandum and Decision on Motion for Default Judgment,* dated September 12, 2013 (Docket No. 18).

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1.  That Plaintiffs recover from The Wheelock Inn LLC and Steven M. Nevalsky, jointly and severally, the principal amount of $12,000, with costs, including attorney's fees, in the amount of $4082.72, all with interests from the date hereof as provided by law; and

2.  That Wheelock Inn LLC and Steven M. Nevalsky and their officers, agents, servants, employees and all persons acting under their permission and authority, are hereby permanently enjoined and restrained from permitting to occur on the premises owned or controlled by them, from participating in, and causing any licensed public performances, in any manner, of the copyrighted musical compositions licensed by BMI, and from otherwise infringing such compositions pursuant to 17 U.S.C. §502.

/s/ *Timothy S. Hillman*
**TIMOTHY S. HILLMAN**
**United States District Judge**